UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
COANNE WILSHIRE,                                           :
                                                           :
                              Plaintiff,                   :    No. 20-CV-7998 (OTW)
                                                           :
                    -against-                              :    **ORDER**
                                                           :
L&M DEVELOPMENT PARTNERS, et al.                           :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------x

-----------------------------------------------------------x
                                                           :
COANNE WILSHIRE,                                           :
                                                           :
                              Plaintiff,                   :    No. 24-CV-1756 (OTW)
                                                           :
                    -against-                              :
                                                           :
LEMLE & WOLFF INC., et al.                                 :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 129 in Case No. 20-cv-7998 and ECF 49 in Case No. 24-cv-

1756, in which *pro se* Plaintiff seeks reinstatement of this Court's previous Mediation Referral

Order.

As outlined in my October 25 Order, (ECF 127), the Court previously referred the parties

for mediation to the Court-annexed Mediation Program on March 31, 2023. (ECF 71).[1] After

that mediation was ultimately unsuccessful, the Court further referred the parties for

---

[1] ECF references as used in this paragraph refer to Case No. 20-cv-7998.

mediation to the Honorable Gary Stein on February 1, 2024, and directed the parties to contact Judge Stein's chambers for next steps. (ECF 90). Upon review of the dockets for Case Nos. 20-cv-7998 and 24-cv-1756, it does not appear that either party contacted Judge Stein's chambers as directed.

Accordingly, as per this Court's February 1, 2024, Order, the parties are again directed to contact Judge Stein's chambers to schedule a mediation or settlement conference. The mediation will have no effect upon any pending deadlines without leave of the Court.

Defendants are directed to serve a copy of this Order on Plaintiff by **November 8, 2024**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: November 6, 2024         **Ona T. Wang**
       New York, New York         United States Magistrate Judge